IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| FIFTH THIRD BANK, | ) | CASE NO.: 3:11-CV-02427 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES G. CARR |
| | ) | |
| vs. | ) | |
| | ) | |
| NEW DIMENSION FUND, LLC, et al., | ) | |
| | ) | **JOINT STATUS REPORT** |
| Defendants. | ) | **OF THE PARTIES** |

On Friday, March 30, 2012, counsel for the parties who have appeared in the case met and conferred to prepare this Status Report. The following matters were addressed:

SERVICE ISSUES

Currently, there is an issue as to whether service has been perfected on some of the Defendants. The parties who have appeared in the case request the Court's guidance as to whether service has been perfected upon Lonny Remmers, Lisa Remmers and Trinity World Holdings, LLC. Details regarding steps taken to perfect service are contained in the Status Report filed by Plaintiff on February 15, 2012. (Docket No. 14). If service is not deemed effective, the Plaintiff will take those steps necessary to perfect service.

ADDITIONAL PARTIES

There is the potential that an additional party Tech Ventures, LLC will need to be added as a Defendant. Plaintiff is evaluating this issue.

## ANSWERS TO THE COMPLAINT

The Answer for Trace Venture Associates, LLC and Mark D. Aller is due April 20, 2012. The Answer will be filed before the due date.

New Dimension Fund, LLC may seek additional time to Answer the Complaint due to uncertainty as to whether the present counsel for New Dimension Fund will remain in the case.

## INITIAL DISCLOSURES / DISCOVERY

This is a complicated case involving a number of individuals and entities. Counsel for all parties believes initial disclosures will be voluminous and will provide significant information regarding the planning for discovery. The parties propose to exchange initial disclosures by May 20, 2012. After the documents produced as initial disclosures are reviewed, the parties will be in a position to develop a realistic discovery plan.

## OTHER MATTERS

The parties have received information indicating that Defendant Mark Wittenmyer is a person of interest currently under investigation by federal authorities and a federal grand jury. There is potential for the matter at issue in this case to become the subject of federal criminal prosecution of Mark Wittenmyer.

Respectfully submitted,

/s/ Nicholas L. White .
Nicholas L. White (0079956)
Baker & Hostetler, LLP
PNC Center
1900 East Ninth Street, Suite 3200
Cleveland, Ohio 44114
216-621-0200 phone
nwhite@bakerlaw.com
Attorney for Plaintiff Fifth Third Bank

/s/ Hugh J. Bode .
Hugh J. Bode (0000487)
Frank Leonetti (0000891)
Reminger Co., L.P.A.
1400 Midland Building
101 Prospect Avenue, West
Cleveland, Ohio 44115
216-687-1311 phone
hbode@reminger.com
fleonetti@reminger.com
Attorney for Defendants Trace Venture Associates, LLC and Mark D. Aller

/s/ Catherine H. Killam .

Catherine H. Killam (0023887)
Greenfield, Killam & Frank
3450 West Central Avenue
Suite 370
Toledo, Ohio 43606
419-724-8211 phone
ckillam@gkflaw.com
Attorney for New Dimension Fund, LLC