IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **Fifth Third Bank**, | CASE NO. 3:11-CV-02427 |
| Plaintiff, | JUDGE JAMES G. CARR |
| vs. | |
| **New Dimension Fund, LLC**, *et al.*, | **Judgment Entry** |
| Defendants. | |

This matter is before the Court upon the *Plaintiff's Motion for Entry of Default Judgment for Sum Certain* (doc. 40) (the "**Motion**") of Plaintiff Fifth Third Bank ("**Fifth Third**") filed pursuant to Fed. R. Civ. P. 55(b), and its attached Affidavit of Mark Ransom (the "**Ransom Affidavit**"). The Court, having reviewed the Motion and its exhibits, finds the Motion well-taken and it is hereby granted.

The Court finds that Defendants New Dimension Fund, LLC ("**NDF**"), Trinity World Holdings, LLC ("**Trinity**"), Ananias World Fund, LLC ("**Ananias**"), Lonny Remmers, Lisa Remmers, and Mark Wittenmyer (collectively, the "**Defaulting Defendants**") were served with the Complaint and Summons in this matter and are in default for failing to answer. Due to their failure to answer, the Clerk of Courts entered default on the docket against Ananias and Wittenmyer on January 27, 2012; against Lisa Remmers and Trinity on April 10, 2012; against Lonny Remmers on April 24, 2012; and against NDF on July 27, 2012.

The Court further finds that the Defaulting Defendants were served with the Motion by regular U.S. mail, as indicated on the Motion's Certificate of Service, and have failed to respond or otherwise oppose the relief sought by Fifth Third.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that default judgment be entered, pursuant to Fed. R. Civ. P. 55(b), in favor of Fifth Third and against Defendants New Dimension Fund, LLC; Trinity World Holdings, LLC; Ananias World Fund, LLC; Lonny Remmers; Lisa Remmers; and Mark Wittenmyer, jointly and severally, on the Complaint in the amount of $11,086,780.03, inclusive of $1,980,000.00 in outstanding principal on the Note (as defined in the Complaint), $1,106,780.03 in accrued and unpaid interest through and including January 6, 2014, $8,000,000.00 in guaranteed payments, plus interest accruing after January 6, 2014 on the unpaid principal balance at the rate of 12% per annum, plus the costs of this action.

There is no just reason for delay.

**IT IS SO ORDERED**.

s/ James G. Carr
James G. Carr
Sr. United States District Judge

Prepared by:

Patrick T. Lewis (0078314)
BakerHostetler LLP
*Counsel for Plaintiff, Fifth Third Bank*

026789.000047 603551021

2